UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LAURA MARY LOMAX | CIVIL ACTION NO. 10-0545 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint, be, and is hereby **DISMISSED WITH PREJUDICE**. Fed.R.Civ.P. 41(b).

**THUS DONE AND SIGNED** in chambers, at Shreveport, Louisiana, this 1st day of February, 2011.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE